# EXHIBIT B

**FOR SETTLEMENT PURPOSES ONLY**
**(Havana Cafe)**

**Calculations for Elpido Paniagua**

### Period 1

| | |
|---|---|
| Dates: | February 1, 2017 – June 30, 2017 |
| Weeks: | 25 weeks |
| Hours worked: | 44* |
| Hours Compensated: | 40** |
| Regular rate: | $12.00 |
| Overtime rate: | $18.00 |

Unpaid Minimum Wage: ($12.00 x 40 hours + $18.00 x 4 hours) -($12.00 x 40 hours) x (22 weeks)

Unpaid Minimum Wages:           $1,584.00

### Period 2

| | |
|---|---|
| Dates: | July 1, 2017 – December 30, 2017 |
| Weeks: | 26 weeks |
| Hours worked: | 50*** |
| Hours Compensated: | 46**** |
| Regular rate: | $12.00 |
| Overtime rate: | $18.00 |

Unpaid Minimum Wage: ($12.00 x 40 hours+ $18.00 x 10 hours)-($12.00 x 46 hours) x (26 weeks)

Unpaid Minimum Wages:           $2,808.00

### Period 3

| | |
|---|---|
| Dates: | December 31, 2017 – June 30, 2018 |

| | |
|---|---|
| Weeks: | 26 weeks |
| Hours worked: | 50*** |
| Hours Compensated: | 46**** |
| Regular rate: | $13.00 |
| Overtime rate: | $19.50 |

Unpaid Minimum Wage: ($13.00 x 40 hours+ $19.50 x 10 hours)-($13.00 x 46 hours) x (26 weeks)

Unpaid Minimum Wages:            $3,042.00

<u>Spread of Hours</u>

$11.00 x 48weeks x 1day = $528

$13.00 x 26weeks x 1day =$338

Total Spread of Hours:            $866

**Total Unpaid Wages and Overtime:**            **$7,434.00**
**Total Spread of Hours:**            **$866.00**

# TOTAL:    $8,300.00